# State of Rhode Island and Providence Plantations

SUPERIOR COURT

[X] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. 06-0540

Marie-Jose VanNieuwenhuize, Plaintiff

vs.

Merck & Company, INC., Alias, et al, Defendant

*Summons*

*To the above-named Defendant:* Merck & Company, INC. Alias
Agent for Service: CT Corporation
10 Weybosset Street, Providence, RI

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Richard P. Brederson, Esq. Plaintiff's attorney, whose address is 950 Smith Street, Providence, RI

an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

Dated: 2/1/06

(Seal of the Superior Court)

A TRUE COPY ATTEST
EDWIN J. SEMPER, JR.
CONSTABLE
DATE 2/8/06



M00426405

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
02/08/2006
Log Number 510908462

RECEIVED
FEB 9 2006
LEGAL RECORDS

**TO:** Debra A Bollwage 519047798999
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ, 08889-0100

**RE:** **Process Served In Rhode Island**

**FOR:** Merck & Co., Inc. (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Marie-Jose Vannieuwenhulze, Pltf. vs. Merck & Company, Inc. et al, Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Superior Court Providence/Bristol, RI<br>Case # 06-0540 |
| **NATURE OF ACTION:** | Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/08/2006 at 09:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days |
| **ATTORNEY(S) / SENDER(S):** | Richard P. Brederson, Esq.<br>950 Smith Street<br>Providence, RI, 02908 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight, 791366199059 |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>10 Weybosset Street - 9th Floor<br>Providence, RI, 02903 |
| **TELEPHONE:** | 401-861-7400 |

Page 1 of 1 / JC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

M004264059

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

MARIE-JOSE VANNIEUWENHUIZE

VS.

C.A. NO:

MERCK & COMPANY, INC., ALIAS,
DOE CORPORATION, ALIAS and/or
JOHN DOE, ALIAS and/or
JANE DOE, ALIAS individually as
an agent of MERCK & COMPANY, INC.,
ALIAS, and/or Doe Corporation

## COMPLAINT
## COUNT I

1. The Plaintiff, Marie-Jose VanNieuwenhuize, is a resident of the Town of Smithfield, County of Providence, State of Rhode Island.

2. The Defendant, Merck & Company, Alias upon information and belief is a corporation with sufficient minimum contacts to assert jurisdiction.

3. The Defendant, Doe Corporation, Alias whose identity is presently unknown but expected to be revealed through discovery is upon information and belief a corporation and/or business entity with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction.

4. The Defendants, John Doe, Alias and/or Jane Doe, Alias whose identities are presently unknown but expected to be revealed through discovery are upon information and belief individuals with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction and are being sued individually and in their capacity as agents or representatives of Defendant, Merck & Company Inc, Alias, and/or Doe Corporation, Alias.

5. On or about January 29, 2003, the Plaintiff, Marie-Jose VanNieuwenhuize, sustained personal injuries as a result of the negligence of Defendant causing her medical expenses and treatment and pain and suffering.

## COUNT II

6. The Plaintiff, Marie-Jose VanNieuwenhuize, is a resident of the Town of Smithfield, County of Providence, State of Rhode Island.

7. The Defendant, Merck & Company, Alias upon information and belief is a corporation with sufficient minimum contacts to assert jurisdiction.

8. The Defendant, Doe Corporation, Alias whose identity is presently unknown but expected to be revealed through discovery is upon information and belief a corporation and/or business entity with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction.

9. The Defendants, John Doe, Alias and/or Jane Doe. Alias whose identities are presently unknown but expected to be revealed through discovery are upon information and belief individuals with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction and are being sued individually and in their capacity as agents or representatives of Defendant, Merck & Company Inc, Alias, and/or Doe Corporation. Alias.

10. On or about 1/29/03 Plaintiff, Marie-Jose Van Niewenhuize sustained personal injuries as a result of taking a defective product namely Vioxx, that was retailed and/or distributed and/or Manufactured by Defendant.

WHEREFORE, the Plaintiff demands judgment against Defendant(s), joint and severally plus interest, costs, and all other relief this Honorable Court deems just and proper.

MARIE-JOSE VANNIEUWENHUIZE,
By her attorney,

Richard P. Brederson, Esq.
R.I. Bar No: 6598
950 Smith Street
Providence, RI 02908
(401) 228-8110

**PLAINTIFF DEMAND TRIAL BY JURY**
Complaint Filed/kp

M00426405 7