**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MARIE-JOSE VANNIEUWENHUIZE :
Plaintiff, :
V. :

CA 06 110 T

MERCK & CO., INC., ALIAS, DOE CORP., ALIAS and/or JOHNDOE, ALIAS and/or JANE DOE, ALIAS individually as an agent of MERCK & CO., INC., ALIAS, and/or DOE CORP. :

CASE NO.______________

Defendants. :

**CORPORATE DISCLOSURE STATEMENT**

Defendant Merck & Co., Inc., has no parent corporation and is unaware of any publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

DEFENDANT MERCK & CO., INC.

By: Christine K. Bush /RMD

Robert M. Duffy (#4428)
Christine K. Bush (#5587)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel: (401) 455-0700
Fax: (401) 455-0701

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Corporate Disclosure Statement was sent by first class mail, postage prepaid, on this 8 day of March, 2006 to:

**Richard P. Brederson, Esq.**
950 Smith Street
Providence, Rhode Island 02908
(401) 228-8110

*H:\Clients\Merck\Vannieuwenhuize\Pleadings\Corporate Disclosure Statement.DOC*