UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARIE-JOSE VANNIEUWENHUIZE<br><br>Plaintiff,<br><br>V.<br><br>MERCK & CO., INC., ALIAS, DOE CORP., ALIAS and/or JOHNDOE, ALIAS and/or JANE DOE, ALIAS individually as an agent of MERCK & CO., INC., ALIAS, and/or DOE CORP.<br><br>Defendants. | : | CASE NO.06-110T |

**LOCAL RULE 81(b) STATEMENT**

Pursuant to Local Rule 81(b) of the United States District Court for the District of Rhode Island, attached hereto are certified copies of all of the filings in the matter of Marie-Jose VanNieuwenhuize v. Merck & Co., Inc., et al., C.A. No. 06-0540.

By: ______________________

Robert M. Duffy (#4428)
Christine K. Bush, Esq. (#5587)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
(401) 455-0700
(401) 455-0701 (Fax)

Counsel for Merck & Co., Inc.

Dated: March 13, 2006

# CERTIFICATE OF SERVICE

TO: **Richard P. Brederson, Esq.**
950 Smith Street
Providence, Rhode Island 02908
(401) 228-8110

The undersigned certifies that on March 13, 2006, I caused a true and accurate copy of the foregoing **Local Rule 81(b) Statement** to be served via First Class Mail on the above-named counsel of record.

*H:\Clients\Merck\Vannieuwenhuize\Pleadings\USDC\Local Rule 81 Statement.DOC*