STATE OF )DE ISLAND AND PROVIDENCE PLANTATI ;
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-0540 MARIE JOSE VANNIEUWENHUIZE V MERCK & COMPANY

Filing Date: 01-27-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY-VEHICLE
Status Date: 03-08-2006

Plaintiff: MARIE-JOSE VANNIEUWENHUIZE
ID: @10818110

Attorney: RICHARD BREDERSON

Defendant: MERCK & COMPANY INC
ID: @10818111

Attorney: ROBERT DUFFY
Attorney: CHRISTINE AHERN
Attorney: KURT HAGUE

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-27-2006 | COMPLAINT FILED | |
| 01-27-2006 | INITIAL FILING FEE | |
| 01-30-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP219598. |
| 02-16-2006 | SUMMONS,PROOF OF SERVICE FILED | MERCK & CO INC |
| 02-28-2006 | ANSWER FILED | Affiliated: MERCK & COMPANY INC |
| 03-08-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT |
| 03-08-2006 | CASE REMVD TO US DISTRICT CT | |
| 03-08-2006 | OTH DOC FILED DURING DISCOV | |

Providence, Rhode Island
Office of Clerk of Superior Court
Counties of Providence & Bristol
True Copy Attest