STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

MARIE-JOSE VANNIEUWENHUIZE

VS.

C.A. NO: 06-540

MERCK & COMPANY, INC., ALIAS,
DOE CORPORATION, ALIAS and/or
JOHN DOE, ALIAS and/or
JANE DOE, ALIAS individually as
an agent of MERCK & COMPANY, INC.,
ALIAS, and/or Doe Corporation

# COMPLAINT
## COUNT I

1. The Plaintiff, Marie-Jose VanNieuwenhuize, is a resident of the Town of Smithfield, County of Providence, State of Rhode Island.

2. The Defendant, Merck & Company, Alias upon information and belief is a corporation with sufficient minimum contacts to assert jurisdiction.

3. The Defendant, Doe Corporation, Alias whose identity is presently unknown but expected to be revealed through discovery is upon information and belief a corporation and/or business entity with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction.

4. The Defendants, John Doe, Alias and/or Jane Doe, Alias whose identities are presently unknown but expected to be revealed through discovery are upon information and belief individuals with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction and are being sued individually and in their capacity as agents or representatives of Defendant, Merck & Company Inc, Alias, and/or Doe Corporation, Alias.

5. On or about January 29, 2003, the Plaintiff, Marie-Jose VanNieuwenhuize, sustained personal injuries as a result of the negligence of Defendant causing her medical expenses and treatment and pain and suffering.

## COUNT II

6. The Plaintiff, Marie-Jose VanNieuwenhuize, is a resident of the Town of Smithfield, County of Providence, State of Rhode Island.

7. The Defendant, Merck & Company, Alias upon information and belief is a corporation with sufficient minimum contacts to assert jurisdiction.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 JAN 27 A 10:54
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

8. The Defendant, Doe Corporation, Alias whose identity is presently unknown but expected to be revealed through discovery is upon information and belief a corporation and/or business entity with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction.

9. The Defendants, John Doe, Alias and/or Jane Doe, Alias whose identities are presently unknown but expected to be revealed through discovery are upon information and belief individuals with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction and are being sued individually and in their capacity as agents or representatives of Defendant, Merck & Company Inc, Alias, and/or Doe Corporation, Alias.

10. On or about 1/29/03 Plaintiff, Marie-Jose Van Niewenhuize sustained personal injuries as a result of taking a defective product namely Vioxx, that was retailed and/or distributed and/or Manufactured by Defendant.

WHEREFORE, the Plaintiff demands judgment against Defendant(s), joint and severally plus interest, costs, and all other relief this Honorable Court deems just and proper.

MARIE-JOSE VANNIEUWENHUIZE,
By her attorney,

Richard P. Brederson, Esq.
R.I. Bar No: 6598
950 Smith Street
Providence, RI 02908
(401) 228-8110

**PLAINTIFF DEMAND TRIAL BY JURY**

Complaint Filed/kp

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island