Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726

March 14, 2006

VIA FEDERAL EXPRESS

Michael J. Beck, Esq.
Catherine Maida
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E. Room G-255, North Lobby
Washington, D.C. 20002-8004

Re: In re: Vioxx® Marketing, Sales Practices and Products Liability Litigation, MDL Docket No. 1657

Dear Sir and Madam:

Pursuant to J.P.M.L. Rule 7.5(e), Merck hereby notifies the Panel of potential "tag-along actions." This letter is Merck's 112th notification of potential "tag-along actions" and includes cases that have recently been filed in or removed to federal court. Courtesy copies of the complaints and docket sheets for these cases are enclosed.

1. *Enriquez v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00271 (E.D. Cal.)
2. *Ellis v. Merck & Co., Inc.*, C.A. No. 5:06-cv-00088 (M.D. Fla.)
3. *Moore et al., v. Merck & Co., Inc.*, C.A. No. 1:06-cv-01354 (N.D. Ill.)
4. *Morgan v. Merck & Co., Inc.*, C.A. No. 3:06-cv-00210 (S.D. Ill.)
5. *Bauer v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01024 (D. Minn.)
6. *Johnson v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01029 (D. Minn.)
7. *Kowalzek v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01020 (D. Minn.)
8. *McDonald v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01019 (D. Minn.)
9. *Matheney v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01025 (D. Minn.)
10. *Nelson v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01021 (D. Minn.)
11. *Nielsen v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01022 (D. Minn.)
12. *Reierson v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01023 (D. Minn.)
13. *Bonilla v. Merck & Co., Inc.*, C.A. No. 1:06-cv-01834 (S.D. N.Y.)
14. *Bengtson et al., v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-01046 (E.D. Pa.)
15. *VanNieuwenhuize v. Merck & Co., Inc. et al.*, C.A. No. 1:06-cv-00110 (D. R.I.)
16. *Krier v. Merck & Co., Inc.*, C.A. No. 4:06-cv-04054 (D. S.D.)

17. *Ward et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00088 (E.D. Tex.)
18. *Smith et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00114 (S.D. Tex.)

There are ten new cases filed in the transferee court.

1. *Alvarez et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01142 (E.D. La.)
2. *Fowler et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01146 (E.D. La.)
3. *Henry v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01099 (E.D. La.)
4. *Pacheco et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01147 (E.D. La.)
5. *Ragusa v. Merck & Co., Inc.*, C.A. No. 2:05-cv-06671 (E.D. La.)
6. *Restrepo v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01137 (E.D. La.)
7. *Robinson v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01098 (E.D. La.)
8. *Rodriguez et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01138 (E.D. La.)
9. *Rowell et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01141 (E.D. La.)
10. *Satkovich v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01227 (E.D. La.)

Additionally, pursuant to J.P.M.L. Rule 7.2(f), we hereby notify the Panel of the following development pertaining to an action that is currently the subject of Panel consideration.

1. *Struthers v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-00127 (M.D. Ala.) was remanded to the Circuit Court of Montgomery County, Alabama on March 13, 2006.

Respectfully submitted,

Cecily C. Williams

CCW/eas

Enclosures



M00518325