UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
DISTRICT COURT
DISTRICT OF RHODE ISLAND
MAR 20 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARIE-JOSE VANNIEUWENHUIZE :
Plaintiff, :

V. :

MERCK & CO., INC., ALIAS, DOE CORP., ALIAS and/or JOHNDOE, ALIAS and/or JANE DOE, ALIAS individually as an agent of MERCK & CO., INC., ALIAS, and/or DOE CORP. :

Defendants. :

CASE NO. 06-110T

**MOTION BY DEFENDANT MERCK & CO., INC. TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendant Merck & Co., Inc. ("Merck"), by its undersigned attorneys, hereby moves this Court to stay all proceedings in this action pending its transfer to *In re Vioxx Mktg., Sales Practices & Prods. Liab. Litig.*, MDL No. 1657 ("MDL-1657"), the MDL proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability cases involving alleged health risks from Vioxx® ("Vioxx"). In support of its motion, Merck states as follows:

1. On February 16, 2005, the Judicial Panel on Multidistrict Litigation (the "MDL" Panel) issued a transfer order, establishing MDL Proceeding No. 1657, *In re Vioxx Products Liability Litigation.*[1] The Transfer Order directed that the 148 cases

---

[1] In its December 6, 2005 Order Denying Motion for Reconsideration, the Panel changed the caption of MDL-1657 to *In re Vioxx Marketing, Sales Practices and Products Liability Litigation* in order to "more accurately reflect the scope of this litigation." *See id.* at 2.

**ORAL ARGUMENT NOT REQUESTED**

subject to original motions be transferred and coordinated for pretrial proceedings in the U.S. District Court for the Eastern District of Louisiana, before the Honorable Eldon E. Fallon.

2. The MDL Panel has been issuing conditional transfer orders transferring additional related cases to Judge Fallon. The first conditional transfer order was issued on March 4, 2005 and listed 139 cases, the second conditional transfer order was issued on March 10, 2005 and listed 74 cases, and the most recent conditional transfer order was issued on March 2, 2006 and listed 129 cases; subsequent transfer orders are expected.

3. This case involves the same factual inquiries that the MDL Panel noted were present in the Vioxx cases generally. Merck notified the MDL Panel of the pendency of this "tag-along" action on March 14, 2006, and expects the MDL Panel to issue an order transferring this case to the MDL court shortly.

4. Pending the transfer of this case to the Eastern District of Louisiana, a stay of proceedings is necessary and appropriate to achieve the judicial economies that underlie 28 U.S.C. § 1407. Absent a stay, this Court would have to expend time and resources supervising pre-trial proceedings and making rulings in a case over which the MDL Panel may soon assert jurisdiction. Moreover, without a stay, Merck would be significantly prejudiced because it would have to duplicate discovery in this case that is also being conducted in the MDL proceeding.

5. Merck's Memorandum in Support of its Motion to Stay is filed contemporaneously with this Motion and is incorporated herein.

WHEREFORE, Merck respectfully requests that the Court stay all proceedings in this action pending its transfer to MDL-1657.

DATED: March 20, 2006

Respectfully submitted,
DEFENDANT MERCK & CO., INC.

By: [signature]

Robert M. Duffy (#4428)
Christine K. Bush (#5587)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel: (401) 455-0700
Fax: (401) 455-0701

GRANTED
[signature]
Ernest C. Torres
Chief, US District Judge
4/11/06

H:\Clients\Merck\Vannieuwenhuize\Pleadings\USDC\Motion to Stay.DOC

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Motion to Stay was sent by first class mail, postage prepaid, on this 20th day of March, 2006 to:

**Richard P. Brederson, Esq.**
950 Smith Street
Providence, Rhode Island 02908
(401) 228-8110

Eric Thibeault