JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 4 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-46)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,446 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-46 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN  5  06-437 | Carl Davis, etc. v. Merck & Co., Inc. |
| **ALABAMA SOUTHERN** | |
| ALS  2  06-122 | Amanda Pritchett v. Merck & Co., Inc., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC  2  06-1274 | Hassan Rahnavardi v. Merck & Co., Inc. |
| **CALIFORNIA EASTERN** | |
| CAE  1  06-271 | John F. Enriquez v. Merck & Co., Inc. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  06-1570 | Robert Takle v. Merck & Co., Inc. |
| **DISTRICT OF COLUMBIA** | |
| DC  1  06-370 | James Bermingham, et al. v. Merck & Co., Inc. |
| **FLORIDA MIDDLE** | |
| FLM  5  06-88 | Margaret Ellis v. Merck & Co., Inc. |
| FLM  6  06-287 | Irene Harmon v. Merck & Co., Inc., et al. |
| FLM  8  06-368 | Ruby Moody v. Merck & Co., Inc., et al. |
| FLM  8  06-377 | Robert Catlin v. Merck & Co., Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN  1  06-41 | Joseph Brognano v. Merck & Co., Inc., et al. |
| **GEORGIA NORTHERN** | |
| GAN  1  06-428 | Claudine Jeanette Web, et al. v. Merck & Co., Inc. |
| **IOWA SOUTHERN** | |
| IAS  4  06-104 | Marjorie A. Hatcher v. Merck & Co., Inc. |
| **IDAHO** | |
| ID  1  06-86 | Lyndon C. Hall v. Merck & Co., Inc. |
| ID  1  06-87 | Joseph Bradish v. Merck & Co., Inc. |
| **ILLINOIS NORTHERN** | |
| ILN  1  06-1354 | Rebecca Moore, et al. v. Merck & Co., Inc. |
| **ILLINOIS SOUTHERN** | |
| ILS  3  06-167 | Ralph Trask, et al. v. Merck & Co., Inc. |
| ILS  3  06-202 | Mary Lahey v. Merck & Co., Inc. |
| ILS  3  06-210 | Leroy Morgan v. Merck & Co., Inc. |
| ILS  4  06-4050 | Samantha Windham, etc. v. Merck & Co., Inc. |
| **INDIANA NORTHERN** | |
| INN  2  06-70 | Michael R. Han v. Merck & Co., Inc. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSOURI EASTERN** | |
| MOE 4 06-388 | Jason Branaugh, etc. v. Merck & Co., Inc. |
| **MISSISSIPPI NORTHERN** | |
| MSN 2 05-229 | Syetha Perry v. Merck & Co., Inc., et al. |
| **MONTANA** | |
| MT 6 06-7 | State of Montana, et al. v. Merck & Co., Inc. |
| **NEW YORK EASTERN** | |
| NYE 2 06-773 | Kathleen Hoffner, et al. v. Merck & Co., Inc. |
| **NEW YORK SOUTHERN** | |
| NYS 1 06-1425 | Karla LaMaruggine, etc. v. Merck & Co., Inc. |
| NYS 1 06-1572 | Virginia Acevedo v. Merck & Co., Inc. |
| NYS 1 06-1790 | Carolyn Williams v. Merck & Co., Inc. |
| NYS 1 06-1834 | Ana Bonilla v. Merck & Co., Inc. |
| **NEW YORK WESTERN** | |
| NYW 6 06-6130 | Rose Sfeir v. Merck & Co., Inc., et al. |
| **OHIO NORTHERN** | |
| OHN 1 06-290 | Jeanine McDowell v. Merck & Co., Inc. |
| **OKLAHOMA NORTHERN** | |
| OKN 4 06-126 | Terri Fabes v. Merck & Co., Inc., et al. |
| **OKLAHOMA WESTERN** | |
| OKW 5 06-236 | Steven Shaub v. Merck & Co., Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 06-896 | Cherry Kay Griffin, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-1016 | Shirley Amundson, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-1040 | Mark Hennelly, et al. v. Merck & Co., Inc. |
| PAE 2 06-1046 | Leonard Bengtson, et al. v. Merck & Co., Inc., et al. |
| **RHODE ISLAND** | |
| RI 1 06-110 | Marie-Jose Vannieuwenhuize v. Merck & Co., Inc. |
| **SOUTH DAKOTA** | |
| SD 1 06-1006 | Doris Adolph v. Merck & Co., Inc. |
| SD 4 06-4054 | Steven D. Krier v. Merck & Co., Inc. |
| **TENNESSEE EASTERN** | |
| TNE 1 06-60 | Poppy Stiner, et al. v. Merck & Co., Inc. |
| TNE 2 06-48 | Jeffrey E. Whitaker, et al. v. Merck & Co., Inc. |
| **TEXAS EASTERN** | |
| TXE 2 06-82 | Roy Allman, et al. v. Merck & Co., Inc. |
| TXE 2 06-88 | Larry Ward, et al. v. Merck & Co., Inc. |
| TXE 2 06-97 | Melinda Jurls v. Merck & Co., Inc. |
| TXE 9 06-55 | Joe Belin, et al. v. Merck & Co., Inc., et al. |
| **TEXAS NORTHERN** | |
| TXN 2 06-50 | Joanne Burson, etc. v. Merck & Co., Inc. |

# INVOLVED JUDGES LIST (CTO-46)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. William C. Beaman
U.S Magistrate Judge
United States District Court
2117 Joseph C. O'Mahoney Fed Bldg.
2120 Capitol Avenue
Cheyenne, WY 82001

Hon. Catherine C. Blake
U.S. District Judge
7310 Edward A. Garmatz Federal
Bldg & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Ruben Castillo
U.S. District Judge
Everett McKinley Dirksen Bldg.
219 South Dearborn Street
Chicago, IL 60604

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building
& U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. Anne C. Conway
U.S. District Judge
646 George C. Young
U.S. Courthouse
80 N. Hughey Avenue
Orlando, FL 32801

Hon. John C. Coughenour
U.S. District Judge
16229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall
U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Kristi K. DuBose
U.S. District Judge
101 John A. Campbell
U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Marvin J. Garbis
Senior U.S. District Judge
5C Edward A. Garmatz Federal Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2690

Hon. J. Phil Gilbert
U.S. District Judge
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Hon. James T. Giles
U.S. District Judge
17614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. J. Thomas Greene
Senior U.S. District Judge
447 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. J. Ronnie Greer
U.S. District Judge
United States District Court
220 West Depot Street
Suite 405
Greeneville, TN 37743

Hon. David F. Hamilton
U.S. District Judge
330 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. Berle M. Schiller
U.S. District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. C. Lynwood Smith, Jr.
U.S. District Judge
207 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Richard Barclay Surrick
U.S. District Judge
8614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Thomas W. Thrash, Jr.
U.S. District Judge
2188 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Ernest C. Torres
Chief Judge, U.S. District Court
363 John O. Pastore Federal Bldg.
Two Exchange Terrace
Providence, RI 02903-1779

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. John F. Walter
U.S. District Judge
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Leonard D. Wexler
Senior U.S. District Judge
Alfonse M. D'Amato U.S. Courthouse
944 Federal Plaza
Central Islip, NY 11722

Hon. B. Lynn Winmill
Chief Judge, U.S. District Court
James A. McClure Federal Building & U.S. Courthouse
550 West Fort Street
Boise, ID 83724